DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GETRO NOREUS,**
Appellant,

v.

**UHG I, LLC,**
Appellee.

No. 4D2023-1486

[February 15, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2022-CC-012040-MB.

Robert C. Gindel, Jr. of Robert C. Gindel, Jr., P.A., Boynton Beach, for appellant.

Michael A. Gold of Walters Levine & DeGrave, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***